

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2013

**BY EMAIL**
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Vincent Basciano, et. al.</u>
             S3 13 Cr. 340 (RJS)

Dear Judge Pitman:

    Four defendants in the above referenced Indictment were arrested this morning. Accordingly, the Government respectfully requests that the Indictment be unsealed. Judge Sullivan has referred the matter for presentment and arraignment.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney

*GRANTED*
*[signature]*
*9-18-13*

               By:       ___/s_____
                        Rebecca Mermelstein
                        Assistant United States Attorney
                        (212) 637-2360

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 18 2013