

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-13
```

**BY EMAIL**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Vincent Basciano, et. al.
      S3 13 Cr. 340 (RJS)

Dear Judge Sullivan:

The Government respectfully writes to request that the Court schedule a preliminary conference in the above referenced matter. We understand that the Court may be available on Wednesday, September 25, 2013, at 3:30 p.m. Accordingly, we request that the preliminary conference be held at that time or at such time as is convenient for the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   _____/s_____
      Rebecca Mermelstein
      Assistant United States Attorney
      (212) 637-2360

cc:   Mathew Mari, Esq.
      Murray Richman, Esq.
      William Stampur, Esq

```
All Defendants listed in the Superseding
Indictment (S3 13 Cr. 340) shall appear for an
initial conference on Wednesday, September 25,
2013 at 3:30 p.m. in Courtroom 318 of the Thurgood
Marshall Courthouse.
```

SO ORDERED
Dated: 9/19/13
RICHARD J. SULLIVAN
U.S.D.J.