UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                     :

UNITED STATES OF AMERICA,         :        1:13-cr-00340 (RJS)
                                          :        <u>Electronically Filed</u>

           – *against* –                 :
                                          :        NOTICE OF APPEARANCE
SALVATORE LARCA, et al.,              :        AND REQUEST FOR
                                          :        ELECTRONIC NOTIFICATION
                Defendants.         :
                                          :
-------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of STEPHEN BASCIANO and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
           September 26, 2013

                                          Respectfully submitted,

                                          /s/ Joshua L. Dratel
                                          Joshua L. Dratel
                                          LAW OFFICES OF JOSHUA DRATEL, P.C.
                                            29 Broadway, Suite 1412
                                            New York, New York 10004
                                            (212) 732-0707
                                            jdratel@joshuadratel.com

                                            *Attorney for Defendant Stephen Basciano*