

**LAW OFFICES OF**
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 2, 2014

**BY ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
Courtroom 905
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-13
```

      Re:   *United States v. Stephen Basciano,*
              13 Cr. 340 (RJS)

Dear Judge Sullivan:

      This letter is in regard to above-entitled case, in which I represent defendant Stephen Basciano, and relates to the current schedule for motions, which are due Monday, January 6, 2014. It is respectfully requested that the due date for motions be adjourned until January 17, 2014. I have spoken with Assistant United States Attorney Rebecca Mermelstein, and the government consents to this application as long as the government has the same time to respond as initially provided.

      In fact, the proposed new schedule would not effect any substantive change in the case schedule. Affording the government the same two weeks to respond would make its submission due January 31, 2014. Defendants would file their reply a week later, February 7, 2014, two weeks in advance of the next scheduled pretrial conference, which is set for February 21, 2014, at 9:30 a.m.

      The reasons for the requested adjournment are as follows: (1) the intervening holidays, and the interruptions they cause; (2) Matthew J. Mari, Esq., counsel for defendant Joseph Basciano, is in the process of moving his office; and (3) one of the motions will challenge the

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
January 2, 2014
Page 2 of 2

electronic surveillance, and such a motion is inevitably more complicated and fact-intensive. Moreover, certain defendants will file joint motions (and/or join in motions made by other defendants, obviating repetition), and the additional time will facilitate the process of review, revision, and consensus on the content of those joint motions.

Accordingly, it is respectfully requested that the motion schedule be adjusted as follows:

| | |
|---|---|
| Defendants' motions: | due January 17, 2014 |
| Government's reponse: | due January 31, 2014 |
| Defendants' reply: | due February 7, 2014 |

As noted above, the date of the next pretrial conference, February 21, 2014, would remain the same. Also, again as noted above, the government consents to this application.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/

cc: Rebecca Mermelstein
    Assistant United States Attorney

    All Defense Counsel

SO ORDERED
Dated: 1/2/14
*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.