
MEMO ENDORSED

## LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 6, 2014

**BY ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
Courtroom 905
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-14
```

        Re:    *United States v. Stephen Basciano,*
                      13 Cr. 340 (RJS)

Dear Judge Sullivan:

      This letter is in regard to above-entitled case, in which I represent defendant Stephen Basciano, and relates to counsel's availability for trial. During the most recent pretrial conference, the Court directed counsel to submit a letter today setting forth counsel's trial schedule, and this letter constitutes that submission on behalf of all counsel.

      Counsel's current trial commitments are as follows:

(1)    Murray Richman, Esq. will be engaged in trial in New York State commencing March 18, 2014. That trial is scheduled to last two months;

(2)    Kevin Faga, Esq., will also be engaged in that same trial for a co-defendant;

(3)    Anthony L. Ricco, Esq., will also be engaged in that same trial for a co-defendant;

(4)    Matthew J. Mari, Esq., will be engaged in trial in *United States v. Messina* in the Eastern District beginning February 18, 2014, before Judge Matsumoto. That trial is expected to last two week; and

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
January 6, 2014
Page 2 of 2

(5) I will be engaged in trial before Judge Lorna G. Schofield in *United States v. Chambers*, S1 13 Cr. 345 (LGS), commencing February 18, 2014. I expect that trial to last no more than two weeks. I also will be engaged in trial before Judge Katherine B. Forrest in *United States v. Mostafa*, 04 Cr. 356 (KBF), commencing April 14, 2014. I expect that trial to last no less than six weeks.[1]

Also, I have spoken with Assistant United States Attorney Rebecca Mermelstein, and she noted that while she is available for trial following a three-week trial before Judge Forrest beginning February 18, 2014, a trial in a prosecution related to this case will begin May 11, 2014, before Judge Schofield. That trial is expected to last two weeks.

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:   Rebecca Mermelstein
      Assistant United States Attorney

      All Defense Counsel

IT IS HEREBY ORDERED THAT trial in this matter shall commence on Tuesday, May 27, 2014.

SO ORDERED
Dated: 1/6/14
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Allan Haber, Esq., attorney for defendant Elon Valentine, has informed me that Mr. Valentine has agreed to plead guilty. As a result, Mr. Haber's trial schedule is not pertinent any longer.