UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | NOTICE OF MOTION |
| VINCENT BASCIANO JR, <br> JOSEPH BASCIANO <br> STEPHEN BASCIANO | 13-CR-340 (RJS) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the joint annexed affirmation of MURRAY RICHMAN, Esq., MATHEW MARI, Esq., and JOSHUA L. DRATEL, Esq., dated January 16, 2014, and upon the accompanying Memorandum of Law, and upon all proceedings previously held herein, the defendants Vincent Basciano Jr., Joseph Basciano and Stephen Basciano will move this Court at the United States Courthouse, 40 Foley Square, Room 905, New York, New York, 10007 for an order granting the relief requested in counsels' annexed affirmation.

Dated:   Bronx, New York
         January 16, 2014

Respectfully submitted,

MURRAY RICHMAN, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588
For Vincent Basciano, Jr.

MATHEW MARI, ESQ.
30 Wall Street
8th Floor
New York, New York 10008
(212) 227-5335
For Joseph Basciano

                JOSHUA L. DRATEL, ESQ.
                29 BROADWAY
                SUITE 1412
                NEW YORK, NEW YORK 10008
                (212) 732-0707
                For Stephen Basciano

To:    HON. RICHARD J. SULLIVAN
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
        NEW YORK, NEW YORK 10007

        CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        40 FOLEY SQUARE
        NEW YORK, NEW YORK 10007

        REBECCA MERMELSTEIN
        ASSISTANT UNITED STATES ATTORNEY