

LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
### A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

February 7, 2014

## BY ELECTRONIC MAIL

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
Courtroom 905
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2014
```

Re:   *United States v. Stephen Basciano,*
      13 Cr. 340 (RJS)

Dear Judge Sullivan:

This letter is in regard to above-entitled case, in which I represent defendant Stephen Basciano, and relates to Mr. Basciano's Reply papers for his pretrial motions, which is due today. However, for the reasons set forth below, it is respectfully requested that the due date be adjourned until Tuesday, February 11, 2014. I have spoken with Assistant United States Attorney Rebecca Mermelstein, and she has informed me that the government does not object to this request.

The reasons for the requested extension of the due date are (1) the recent spate of inclement weather, affecting travel, and corresponding illness within my office, has delayed

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
February 7, 2014
Page 2 of 2

preparation and completion of the Reply;  (2)  the possibility of a disposition with respect to Mr. Basciano;  and (c)  the unavailability for counsel of a co-defendant (due to his travel plans) who joined in Mr. Basciano's motions.[1]

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:    Rebecca Mermelstein
       Assistant United States Attorney

       All Defense Counsel

SO ORDERED
Dated:  2/7/14

RICHARD J. SULLIVAN
U.S.D.J.

---

[1] If Mr. Basciano does not file a Reply because of resolution of his case, the co-defendants may nevertheless seek to pursue the motions Stephen Basciano has filed, and in which they joined.