UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

STEPHEN BASCIANO,

           Defendant.

No. S7 13 Cr. 340 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Due to a conflict in the Court's schedule, the Court must reschedule Defendant's sentencing, which is currently set for 10:00 a.m. on Friday, June 27, 2014. Accordingly, IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to 2:00 p.m. on July 9, 2014 in Courtroom 905 of the Thurgood Marshall Courthouse. Defendant's sentencing submission shall be filed by June 25, 2014, and the government's sentencing submission shall be filed by July 2, 2014.

SO ORDERED.

Dated:      June 10, 2014
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE