# EXHIBIT 1

June 18, 2014

Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Sullivan,

My name is Angela Basciano. I am presently retired and living at home with my youngest son Michael. I am writing you on behalf of my son Stephen who is scheduled to appear in Court on July 9, 2014.

I have always known Stephen to display good behavior. I am extremely disappointed with Stephen's behavior in the way that he conducted himself in such a negative manner.  I completely understand that Stephen has broken the law, and I appreciate that it is definitely not something to be taken lightly.

I know though that Stephen truly regrets and understands the cost of his actions.   He will do what needs to be done to remedy these actions.

I am also aware that the absence of Stephen's father in his life has had a huge impact on him. I feel in my heart that Stephen has suffered the consequences from this the most.   He had such an amazing love for his father.   His father kept him under his wing, and his presence was a source of stability for Stephen.   When Stephen's father was incarcerated, Stephen lost that connection with his father, and at a very young age. While it is not an excuse, I do believe that the loss of a father figure as a child may have contributed to Stephen's mistakes as an adult.

    I can also tell you my son Stephen is a caring , considerate, and loving person who has always been there for me in any way he could. He is a good person and he is well liked and has many friends. I will always continue to be a very strong support system for Stephen.

I fully understand the wrong that Stephen has done. Stephen is not proud of

his actions, he knows he has done wrong. He is also not denying his responsibility for the criminal offense he has committed . He is displaying good behavior and conduct under prison confines while presently incarcerated.

I believe Stephen had a poor lapse in judgment and in my heart he will exercise much better judgment in the future. I also believe Stephen is truly remorseful for his actions and will not re offend. I do plead with the Honorable Court to take this into consideration when imposing sentence.

Thank you for your time and consideration.

Respectfully,

Angela Basciano