EXHIBIT 2

Honorable Judge Richard J. Sullivan
US District Judge SDNY
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge Sullivan,

I am writing to you on behalf of Stephen Basciano. I have known Stephen since he was born. I know him to be a caring and sensitive kind of person. Growing up he was a typical young boy who was into playing basketball with friends, swimming, watching scary movies with a big bowl of popcorn, and playing with his dogs. I use to sit with him while he would read stories to me from his school work. He always tried hard at whatever he was working on to achieve praise that was rightfully earned. Being the second oldest it seemed he was always looking up to his older brother and father. It seems while growing up he may have come across with a tough exterior for attention, but deep down he has a heart of gold and will do anything for anyone. I remember a few times coming home from work exhausted and he would bring me over some dinner that him and his girlfriend made because they were trying new recipes. Somehow or another, I feel he always stayed in touch with me because I always tried to teach him that he can be all that he wanted if he just tried. It seems he may have gotten off course for a bit, maybe getting involved in the wrong crowd, but he knows that he has to set himself on the right path and seeks the right influential people to get the boost he needs to get there. He does know this and he will do it ! I have faith in him.

  Your Honor, Stephen has a lot of dreams. He doesn't share them with many people because he lacks confidence even though he sometimes feels he needs to keep the tough exterior and he seems to talk to "sound like the tough guy" but he wants to better himself and be the owner of a Laundromat or some sort of business. He has written me as well as told me that he plans on doing the right thing when he is released, taking the right path with his girlfriend, family and bettering himself. He is still young and still has his whole life a head of him, time to make changes and realize his mistakes in life and learn from them.

  With all of this being said, I am not saying that his actions be excused, but I do ask sincerely that the United States Court show leniency when imposing sentencing. Stephen needs the chance to believe that his dreams can come true and that he can be a successful person and that he can do so with the love of his family and friends and some guidance, because he will be given that chance.

Thank you for your time and your patience.

Deborah Riker