# EXHIBIT 3

June 17, 2014

Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Sullivan,

My name is Briana Bollotino and I have been dating Stephen Basciano for the past four years. I met Stephen a year prior to our relationship. One year before Stephen was incarcerated, we had moved in together into an apartment. In the whole time that I have known Stephen, he has been nothing but a respectful and loyal boyfriend to me. What I admired about Stephen was the courtesy and esteem that he had for his family and friends. As I got to know him and began to meet his family and friends, I felt nothing but warmth from everyone. In the same respect, when Stephen was introduced to my family and friends, I noticed that he got along with them just as well.

    Although I am aware of the crime that Stephen has pleaded guilty to, and while I am disappointed in his actions, I know that this is not the life that he had planned for himself. From countless nights staying up all night talking, I am very familiar with the struggle that he has faced growing up. Stephen has a great admiration and respect for his mother, and love for both his mother and father, which is something that I appreciate. Having lost the presence of his father in his life at a young age, Stephen was devastated and, as I feel, misguided. As I mentioned before, Stephen is a very loyal and honest man who is trustworthy and has always been there when I have, or anyone else has, needed him. Stephen has experienced a lot of turmoil in his life and has faced many obstacles; even though he has not always made the best of decisions, he acknowledges that and has had always tried his hardest to keep his family together. From being so familiar with Stephen's family and friends, I am able to say that he has always been dependable.

    Despite the fact that Stephen is incarcerated, we still remain a big part of each other's lives. We speak daily whether it be through email or phone calls. I visit Stephen on a weekly basis as well as help him with anything requested for commissary. Through our conversation during this unfortunate experience, I have seen a dramatic and positive change in our relationship that makes me realize that he has been spending much of his time thinking about the choices he has made and the consequences of those choices. He seems to have been spending this time both reflecting and also making plans for where he should morally be in life going forward.

    Right now, I am working in the hospitality industry because I have plans of beginning an education in dental hygiene. After Stephen got incarcerated, I moved into another apartment which I have prepared for Stephen to move in to with me when he is released. As my father and Stephen have developed a closer relationship, my father has grown to respect him for the man that he really is and approves of me being in a long term relationship with him. My father was a foreman in the Local 1 Plumbers Union and is more than willing to help Stephen out with getting

started with a job upon his release. Stephen will start as an apprentice and will work his way up through the Union.

   Stephen and I also plan to get married when he is released and to eventually start a family together. The hurt that he experienced as a result of his father's life choices is something that Stephen has taken into consideration his entire life and realizes that he doesn't want his children to experience what he had gone through himself. He plans to better his life and we have decided together that in order to sustain an honest living he will focus his energies on finding and maintaining a dependable job and enjoying the relationship that we have.

  On behalf of Stephen's friends, family, and myself, I thank you for taking the time out to consider our thoughts and concerns for Stephen. We all love and miss him very much and we cannot wait for him to come home.

Sincerely,


Briana Bollotino