# EXHIBIT 4

June 17, 2014

Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Sullivan,

I'm writing this letter on behalf of my friend Stephen Basciano. I have known Stephen for the past 15 years. He has a heart of gold. As long as I have known Stephen I have never seen a mean side of him. He likes to joke around a lot and always makes people laugh. He is very family oriented and close to all his friends. He's a good uncle to his brother's son and is also a very good friend. I know Stephen has made some mistakes in life and he is aware of all his actions. It will hurt his family and friends very much if he is sentenced for a long period of time. Please take all of this into consideration during his sentencing. We all love and miss him very much.

Thanks You,


Maria Bruno