EXHIBIT 5

June 17, 2014
Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear, Honorable Judge Sullivan,

I am writing on behalf of Stephen Basciano in full knowledge of his charges. Mr. Basciano will be appearing before you in the upcoming weeks.
      I have known Mr. Basciano for 15 years. As one of my closest friends I can tell you that for a man his age he has been through a lot in life but that alone doesn't define him. I know that the loss of a father figure at such a young age has had a huge impact on him as he was very close with his father during young adolescence. He's a strong willed man who can and has overcome a lot of life obstacles but is still always there for his friends and family for support as they are for him.
He is anxiously awaiting this rough period of his life to be over and looks forward to things like marriage and starting a family of his own. He is also demonstrating good behavior while currently incarcerated.
      Please take these things into consideration when Mr. Basciano appears before you in court in the upcoming weeks. Please feel free to contact me with any further questions or concerns @ 9176628704

Thank you,

Michelle Perrone