EXHIBIT 6

June 17, 2014

Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Sullivan,

My name is Thomas Gaetaeno Lo Bue.   I am the business owner of a neighborhood pizzeria in the Throgs Neck for the past 20 years.   I came to know Stephen because I lived across the street from the Basciano household and watched him and his brothers grow up.

I am acknowledging that Steve has been convicted of a crime in which he pleaded guilty; however, I would have never expected this of Steve and, although I realize that he must suffer the consequences, I am confident that he will return a different man and do the right thing. Steve has always come off to me as a strong and confident man and I am sure that he has the capabilities to do anything that is necessary to turn his life around.

Thank You for your consideration,

Thomas Gaetano Lo Bue