# EXHIBIT 7

June 17, 2014
Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

The Honorable Judge Sullivan,

I have known Stephen Basciano for about 25 years. Stephen is a very loving, caring, and generous person. Let us not forget that he is very humorous. Stephen has always had a way of making people forget their problems and feel comfortable. I know Stephen must pay for his crime, but please take all these factors into consideration when imposing his sentence because Stephen is missed so much amongst his friends and family.

Thank you,

Joann Bruno