EXHIBIT 8

June 20, 2014
Honorable Richard J. Sullivan
U.S. District Judge S.D.N.Y.
U.S. Courthouse
40 Foley Square
New York, NY 10007

The Honorable Judge Sullivan,

My name is Frank Bollotino and I am writing you today on behalf of Stephen Basciano. My daughter Briana has been dating Stephen for the last couple of years. Like most fathers, I love my daughter very much and unconditionally, and at first was very concerned about who she was dating. But after meeting and talking with Stephen numerous times, he put a lot of my concerns to rest. I learned that he is a stand up guy who cares for my daughter very much. I also believe that he would protect my daughter and never hurt her in any way which is my main concern as a father. I am very aware of what Stephen is accused of doing and what he is facing, With that said, I also believe that like most people, he has made some mistakes in life and I would hate to see his life ruined at such a young age. I have been a Local #1 plumber for over 29 years and would use my contacts to help Stephen learn a respectable trade from which he can make a living. In closing, I believe Stephen has a lot of great qualities that would make him a positive person in society and would like to see him get any kind of leniency he can. I hope this letter can help in any way.

Sincerely,

Frank Bollotino