```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
          -v.-                     :   ORDER OF FORFEITURE/
                                   :   MONEY JUDGMENT
STEPHEN BASCIANO,                  :
                                   :   S7 13 Cr. 340 (RJS)
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2014

WHEREAS, on or about January 30, 2014, STEPHEN BASCIANO (the "defendant"), with others, was charged in a one-count Superseding Indictment, S7 13 Cr. 340 (RJS) (the "Indictment"), with conspiracy to distribute 1,000 kilograms and more of mixtures and substances containing a detectable amount of marijuana, in violation of 18 U.S.C. §§ 1341 and 1349 (Count One);

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to 21 U.S.C. § 853, of any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violation alleged in Count One of the Indictment, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of the Indictment, including but not limited to a sum in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Count One of the Indictment;

WHEREAS, on or about February 19, 2014, the defendant pled guilty to the sole count of the Indictment pursuant to a plea agreement with the Government wherein he admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics offense alleged in Count One of the Indictment, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of that narcotics offense, including a sum of money equal to $600,000 in United States currency, representing proceeds obtained directly or indirectly as the result of that narcotics offense; and

WHEREAS, on August 29, 2014, the defendant was sentenced and ordered to forfeit $600,000 in United States currency, representing proceeds obtained directly or indirectly as the result of the offense charged in Count One of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $600,000 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture/Money Judgment, this Order is final as to the defendant, STEPHEN BASCIANO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

7.  The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       September 2, 2014

SO ORDERED:

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE