Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2014

Caption:

United States v.

Stephen Basciano

Docket No.: 13 Cr. 340 (RJS)

Honorable Richard J. Sullivan
(District Court Judge)

Notice is hereby given that __Defendant Stephen Basciano__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on __August 29, 2014__.
(date)

This appeal concerns: Conviction only ☐   Sentence only ✓   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐ .

Offense occurred after November 1, 1987?   Yes ✓ | No ☐   N/A ☐

Date of sentence: __August 29, 2014__   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐ | N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Joshua L. Dratel, Esq.

Counsel's Address: Law Offices of Joshua L. Dratel, P.C.

29 Broadway, Suite 1412, New York New York 10006

Counsel's Phone: (212) 732 - 0707

Assistant U.S. Attorney: Rebecca G. Mermelstein

AUSA's Address: United States District Attorney's Office, Southern District of New York

One St. Andrews Plaza, New York New York 10007

AUSA's Phone: (212) 637-2360

_____
Signature