**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Stephen Basciano

**DOCKET NUMBER:** 13 Cr. 340 (RJS)

**COUNSEL'S NAME:** Joshua L. Dratel

**COUNSEL'S ADDRESS:** Law Offices of Joshua L. Dratel, PC
29 Broadway, Suite 1412 NY NY 10006

**COUNSEL'S PHONE:** (212) 732 - 0707

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 1 2 2014*

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[✓] Sentencing: August 29, 2014, before the Honorable Richard J. Sullivan (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, Joshua L. Dratel (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

*Counsel's Signature*      Date: 9/12/14

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____            Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature            Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**