**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:13-cr-00340-RJS-7

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of February, two thousand and fifteen.

_____

United States of America,

Appellee,

v.

Stephen Basciano,

Defendant-Appellant.

_____

**ORDER**
Docket No. 14-3400

Appellant Stephen Basciano moves to withdraw his appeal with prejudice pursuant to FRAP 42(b) and Local Rule 42.2.

IT IS HEREBY ORDERED that the motion is GRANTED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 4, 2015

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/04/2015