**MATHEW J. MARI**
ATTORNEY AT LAW

30 WALL STREET - 8TH FLOOR
NEW YORK, NEW YORK 10005
DIRECT: (212) 227-5335 • OFFICE: (212) 804-5737
FAX: (718) 836-2518 • mjmesq@aol.com

August 23, 2016

Honorable Richard J. Sullivan
United States District Judge
United States District Court (S.D.N.Y.)
500 Pearl Street
New York, N.Y. 10007

    Re:  United States v. Vincent Basciano Jr., 13-cr-340 (RJS)

Dear Judge Sullivan:

    I am writing on behalf of Vincent Basciano Jr., to respectfully request the Court's permission to allow Mr. Basciano to attend the wedding ceremony of his childhood friends, Sean Lanci and Darcel Aarons. The wedding is on September 16, 2016 at the *Surf Club on the Sound* located at 280 Davenport Avenue, New Rochelle NY 10805.

    It is requested that Mr. Basciano's electronic monitoring schedule be modified to allow him to travel from 8:30 a.m. on September 16, 2016 until 3:00 a.m. on September 17, 2016. This timeframe is requested because Mr. Basciano is a groomsman in the wedding, and as a result he may be required to attend all of the festivities scheduled for this event, including the pre-ceremony gathering, the nuptial service, and the wedding reception.

    My office has already contacted U.S. Probation Officer, Michael Wasmer (212-805-5160) regarding this matter and he has no objection to modifying Mr. Basciano's electronic monitoring schedule as requested herein.

    I thank the Court for its time and consideration of this request.

                                      Respectfully submitted,

                                      _____/S/_____

                                      Mathew J. Mari, Esq.
                                      Law Office of Mathew J. Mari